UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL CLARK,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLE HYMAN,<br><br>    Defendant. | Case No.  14-cv-04649-YGR (PR)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendant filed a request for an extension of time, up to and including August 10, 2015, in which to file a dispositive motion or to indicate that this case cannot be resolved by such a motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

IT IS HEREBY ORDERED that Defendant's request for an extension of time is GRANTED, and that the time to file a dispositive motion or indicate that this case cannot be resolved by such a motion is extended up to and including **August 10, 2015**.  If Defendant files a dispositive motion, Plaintiff's opposition shall be filed with the Court and served on Defendant no later than **twenty-eight (28) days** from the date Defendant's motion is filed.  Defendant's reply shall be filed with the Court and served on Plaintiff no later than **fourteen (14) days** after Plaintiff's opposition is filed.  Further requests for extensions are disfavored.

This Order terminates Docket no. 17.

IT IS SO ORDERED.

Dated:  June 23, 2015

                                              YVONNE GONZALEZ ROGERS<br>                                              United States District Judge