UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,

    Plaintiff,

  v.

KEVIN CHAPPELL and CAROLE HYMAN,

    Defendants.

Case No. 14-cv-04649-YGR  (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Motion to Dismiss,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: February 17, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge